■ RAQUEL CABAN, as Administratrix of the Estate of EDUARDO CABAN, Deceased, et al., Respondents, v DIME SAVINGS BANK OF NEW YORK, Appellant, et al., Defendants.—In a wrongful death action, the appeal is from so much of an order of the Supreme Court, Kings County, dated January 25, 1979, as, in effect, denied the appellant's motion for a further bill of particulars. Order affirmed insofar as appealed from, with $50 costs and disbursements. The items requested in the demand for a further bill of particulars were evidentiary material not in amplification of a pleading. Such items may not be demanded in a bill of particulars (see *Kenler v Weissbach,* 61 AD2d 976; *Cirelli v Victory Mem. Hosp.,* 45 AD2d 856), and, therefore, they were palpably improper. Suozzi, J. P., Lazer, Cohalan and Martuscello, JJ., concur.

■ MERTYLIN CARROLL, Appellant, v BETTE GARDNER, as Director of Nursing at Kings Highway Hospital, et al., Respondents. MERTYLIN CARROLL, Appellant, v ARTHUR STERN, et al., Respondents.—Appeals from two orders (one in each action) of the Supreme Court, Kings County, both dated April 5, 1978, which denied the plaintiff's motions for summary judgment. Orders affirmed, without costs or disbursements. There are issues of fact which require a full trial, and thus the plaintiff's motions for summary judgment were properly denied. Hopkins, J. P., Damiani, Lazer and Margett, JJ., concur.